UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEEL'S RESTAURANT INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO. 3:08-CV-237 CAN<br>)<br>)<br>)<br>) |

**OPINION AND ORDER**

On November 10, 2009, this Court granted the Plaintiff's motion for partial summary judgment. On November 30, 2009, the Defendant, Teel's Restaurant Inc., filed a reply brief, pertaining to the previously-pending motion for summary judgment. On December 9, 2009, the Plaintiff filed a motion to strike the after-filed brief. This Court now **DENIES** the Plaintiff's motion to strike. [Doc. No. 76]. The Plaintiff has failed to articulate any prejudice to permit the reply brief to remain as filed.

**SO ORDERED.**

Dated this 10th Day of December, 2009.

> S/Christopher A. Nuechterlein
> Christopher A. Nuechterlein
> United States Magistrate Judge